3

Landon T. Maxwell, AZ #038439
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91316
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Debtor*
*Joshua Scott Miller*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## MODESTO DIVISION

| | |
|---|---|
| In re: | Case No.: 23-90171-E<br>Docket Control: CJL-2 |
| JOSHUA SCOTT MILLER | Chapter 7 |
| Debtor, | |
| | Date: August 7, 2025<br>Time: 10:30 am. PST<br>Courtroom: Modesto Division 1200 I Street, Suite 200, Modesto, California |
| | Hon. Ronald H. Sargis |

### NOTICE OF MOTION FOR CONTEMPT AND DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY

NOTICE IS HEREBY GIVEN that on June 15, 2025, Debtor Joshua Scott Miller filed a Motion for Contempt and Damages for Violation of Automatic Stay against creditor Lafayette

Federal Credit Union and creditor's counsel Silverman Theologou, LLP, a copy of which is served herewith.

NOTICE IS FURTHER GIVEN that a hearing is set at the date and time referenced above in the captioned United States Bankruptcy Court on debtor's Motion for Contempt and Damages for Violation of the Automatic Stay.

If you oppose this the motion and/or wish to object to the Motion for Contempt and Damages for Violation of the Automatic Stay, it is incumbent on you to file an objection or responsive pleadings with debtor's attorney (address in heading,) with the U.S. Trustee's Office, 501 I Street, Room 4-200, Sacramento, CA 95814, and with the Clerk of the United States Bankruptcy Court, Modesto Division, located at 501 I Street, Third Floor, Sacramento, CA 95814.

Opposition to the debtor's motion should be filed with the court at least fourteen (14) calendar days before the hearing and served upon all appropriate parties including the U.S. Trustee and debtor's counsel according to the U.S. Bankruptcy Code and the Local Rules of Court. If you fail to file opposition, the court may not allow any oral argument at the scheduled hearing and may resolve the matter prior to the hearing without further notice.

Dated: June 15, 2025            */s/Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

Jenna Dakroub, CA # 350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91316

T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Debtor*
*Joshua Scott Miller*