# EXHIBIT 2

**ORDER NO**. : 1211058528

# EXHIBIT A

The land referred to is situated in the unincorporated area of the County of Calaveras, State of California, and is described as follows:

PARCEL ONE:

Lot 14 of Sierra Greens Estates, according to the Official Map thereof, filed for record on January 28, 2005 in Book 8 of Subdivision Maps, at Page 24, Calaveras County Records.

PARCEL TWO:

A non-exclusive 70' wide road and public utility easement on, over, across and under all that portion of Sierra Green Estates, according to the Official Map thereof, filed for record on January 28, 2004 in Book 8 of Subdivision Maps, at Page 24, Calaveras County Records, shown and designated as "Emerald Ln" thereon.

APN: 050-075-003-000



3425 Brookside Road, Suite C
Stockton, CA 95219
(209) 951-9460   Fax: (209) 477-8603

# PRELIMINARY REPORT

Our Order Number   1211058528-AL

REALTY ONE GROUP
3461 Brookside Road
Stockton, CA 95219

Attention: STEVEN ADLER

When Replying Please Contact:

Amber Luhn
(209) 951-9460

Property Address:

6457 Southwood Road, Valley Springs, CA 95252
[Unincorporated area of Calaveras County]

In response to the above referenced application for a policy of title insurance, OLD REPUBLIC TITLE COMPANY, as issuing Agent of Old Republic National Title Insurance Company, hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception below or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said policy forms.

The printed Exceptions and Exclusions from the coverage and Limitations on Covered Risks of said Policy or Policies are set forth in Exhibit I attached. The policy to be issued may contain an arbitration clause. When the Amount of Insurance is less than that set forth in the arbitration clause, all arbitrable matters shall be arbitrated at the option of either the Company or the Insured as the exclusive remedy of the parties. Limitations on Covered Risks applicable to the Homeowner's Policy of Title Insurance which establish a Deductible Amount and a Maximum Dollar Limit of Liability for certain coverages are also set forth in Exhibit I. Copies of the Policy forms should be read. They are available from the office which issued this report.

**Please read the exceptions shown or referred to below and the exceptions and exclusions set forth in Exhibit I of this report carefully. The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.**
**It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects, and encumbrances affecting title to the land.**

This report (and any supplements or amendments hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby. If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.

Dated as of   January 12, 2024, at 8:00 AM

**OLD REPUBLIC TITLE COMPANY**
For Exceptions Shown or Referred to, See Attached

Page 1 of 10 Pages

ORT 3158-A (Rev. 08/07/08)

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.**  1211058528-AL

The form of policy of title insurance contemplated by this report is:

ALTA Homeowner's Policy of Title Insurance - 2021; AND ALTA Loan Policy of Title Insurance - 2021.  A specific request should be made if another form or additional coverage is desired.

The estate or interest in the land hereinafter described or referred or covered by this Report is:

Fee as to Parcel(s) One and an Easement as to Parcel(s) Two

Title to said estate or interest at the date hereof is vested in:

Joshua S. Miller and Steven M. Adler, a married couple, as joint tenants

The land referred to in this Report is situated in the unincorporated area of the County of Calaveras, State of California, and is described as follows:

PARCEL ONE:

Lot 14 of Sierra Greens Estates, according to the Official Map thereof, filed for record on January 28, 2005 in Book 8 of Subdivision Maps, at Page 24, Calaveras County Records.

PARCEL TWO:

A non-exclusive 70′ wide road and public utility easement on, over, across and under all that portion of Sierra Green Estates, according to the Official Map thereof, filed for record on January 28, 2004 in Book 8 of Subdivision Maps, at Page 24, Calaveras County Records, shown and designated as "Emerald Ln" thereon.

APN: 050-075-003-000

At the date hereof exceptions to coverage in addition to the Exceptions and Exclusions in said policy form would be as follows:

1.      Taxes and assessments, general and special, for the fiscal year 2024 - 2025, a lien, but not yet due or payable.

2.      Taxes and assessments, general and special, for the fiscal year 2023 - 2024, as follows:

| | | | |
|---|---|---|---|
| Assessor's Parcel No | : | 050-075-003-000 | |
| Code No. | : | 051118 | |
| 1st Installment | : | $3,682.25 | Marked Paid |
| 2nd Installment | : | $3,682.25 | NOT Marked Paid |
| Land Value | : | $78,837.00 | |
| Imp. Value | : | $574,617.00 | |
| Exemption | : | $7,000.00 | Homeowner's |

ORT 3158-B

OLD REPUBLIC TITLE COMPANY
ORDER NO.  1211058528-AL

3.      Escaped taxes, general and special, as follows:

Assessor's Parcel No      :   050-075-003-000
1st Installment           :   $203.87                 Marked Paid
2nd Installment           :   $203.87                 NOT Marked Paid
All Due & Payable on      :   April 10, 2024

4.      Supplemental taxes, general and special, for the fiscal year 2020 - 2021 (triggered by new
        construction on April 15, 2021) as follows:

Assessor's Parcel No.     :   050-075-003-000
1st Installment           :   $32.73                  Marked Paid
2nd Installment           :   $32.73                  NOT Marked Paid
All Due & Payable on      :   April 10, 2024

5.      Supplemental taxes, general and special, for the fiscal year 2021 - 2022 (triggered by change
        of ownership on July 1, 2021) as follows:

Assessor's Parcel No.     :   050-075-003-000
1st Installment           :   $187.10                 Marked Paid
2nd Installment           :   $187.10                 NOT Marked Paid
Delinquent On             :   April 10, 2024

6.      The lien of supplemental taxes, if any, assessed pursuant to the provisions of Section 75, et
        seq., of the Revenue and Taxation Code of the State of California.

7.      The herein described property lying within the proposed boundaries of a Community
        Facilities District, as follows:

District No               :   2014-1
For                       :   Clean Energy
Disclosed By              :   Assessment Map
Recorded                  :   March 30, 2016 in Book 2 of Map of Assessments, Page 40

Further information may be obtained by contacting:

8.      Rights of the public, County and/or City, in and to that portion of said land lying within the
        lines of any Road, Street, Alley or Highway.

9.      Any claim that any portion of the land is below the ordinary high water mark where it was
        located prior to any artificial or avulsive changes in the location of the shoreline or riverbank.

ORT 3158-B

OLD REPUBLIC TITLE COMPANY
ORDER NO.  1211058528-AL

10.     Any rights, interests, or easements in favor of the public, which exist or are claimed to exist over any portion of said land covered by water, including a public right of access to the water.

11.     Any claim that any portion of the land is or was formerly tidelands or submerged lands.

12.     Terms and provisions as contained in an instrument,

|  |  |  |
|---|---|---|
| Entitled | : | Resolution to the California Land Conservation Contract No. 38 |
| Executed By | : | County of Calaveras and J.M. Barnes & Gloria Barnes |
| Dated | : | March 10, 1980 |
| Recorded | : | March 26, 1980 in Book 544 of Official Records, Page 655 |

        Note: Reference is made to said instrument for full particulars.

13.     Terms and provisions as contained in an instrument,

|  |  |  |
|---|---|---|
| Entitled | : | Declaration Creating Road Maintenance Agreement Affecting Real Property |
| Executed By | : | Jerry & Julian Hollander |
| Recorded | : | February 1, 2005 in Official Records under Recorder's Serial Number 2005002129 |

14.     Covenants, Conditions, Restrictions, Limitations, Easements, Assessments, Reservations, Exceptions, Terms, Liens or Charges, but omitting any covenants or restrictions if any, based upon age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, veteran or military status, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955 of the Government Code, or ancestry, unless and only to the extent that said covenant (a) is exempt under Title 42, Section 3607 of the United States Code or (b) relates to handicap but does not discriminate against handicapped persons, as provided in an instrument

|  |  |  |
|---|---|---|
| Entitled | : | Declaration of Covenants, Conditions and Restrictions and Reservation of Easements |
| Executed By | : | Jerry Hollander and Julie Hollander |
| Recorded | : | February 1, 2005 in Official Records under Recorder's Serial Number 2005002130 |

ORT 3158-B

OLD REPUBLIC TITLE COMPANY
ORDER NO.  1211058528-AL

Said Covenants, Conditions and Restrictions provide that a violation thereof shall not defeat or render invalid the lien of any Mortgage or Deed of Trust made in good faith and for value.

NOTE: "If this document contains any restriction based on age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, veteran or military status, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955 of the Government Code, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code, by submitting a "Restrictive Covenant Modification" form, together with a copy of the attached document with the unlawful provision redacted to the county recorder's office. The "Restrictive Covenant Modification" form can be obtained from the county recorder's office and may be available on its internet website. The form may also be available from the party that provided you with this document. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status."

15.     An easement affecting that portion of said land and for the purposes stated herein and incidental purposes as shown on the map filed on October 7, 1993 in Book 8 of Parcel Maps, at Page 168

        For                 :    32' Road Right-of-Way & P.U.E.
        Affects             :    Northerly portion as shown on said Map


        NOTE: Said easement is also shown on the map filed in Book 8 of Maps, at Page 24.


16.     An easement affecting that portion of said land and for the purposes stated herein and incidental purposes as shown on the filed map.

        For                 :    Inundation & Wetlands
        Affects             :    As shown on said Map


17.     Any rights, easements, interests or claims that may exist or arise by reason of, or reflected by, recitals shown or noted in the filed map(s) referenced in the legal description herein.

ORT 3158-B

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.** 1211058528-AL

18.     An easement affecting that portion of said land and for the purposes stated herein and incidental purposes as provided in the following

| | | |
|---|---|---|
| Instrument | : | Grant Deed |
| Reserved By | : | Jerry W. Hollander and Julie Hollander |
| For | : | Road and utility easement and incidentals thereto |
| Dated | : | April 11, 2005 |
| Recorded | : | April 12, 2005 in Official Records under Recorder's Serial Number 2005-7637 |
| Affects | : | As described herein |

The present ownership of said easement and other matters affecting the interests thereto, if any, are not shown herein.

19.     Deed of Trust to secure an indebtedness of the amount stated below and any other amounts payable under the terms thereof,

| | | |
|---|---|---|
| Amount | : | $159,928.00 |
| Trustor/Borrower | : | Joshua S. Miller and Steven M. Adler, a married couple, as joint tenants |
| Trustee | : | Fidelity National Title Company |
| Beneficiary/Lender | : | Connexus Credit Union |
| Dated | : | December 16, 2020 |
| Recorded | : | December 22, 2020 in Official Records under Recorder's Serial Number 2020-019045 |
| Loan No. | : | none shown |

NOTE: Said Deed of Trust appears to secure a Revolving Line or Equity Line of Credit. If this loan is to be paid off and reconveyed through this transaction, the Company will require a written statement from the Beneficiary/Lender that a freeze is in effect on the account, and that the demand for payoff from the Beneficiary/Lender states that a reconveyance will be issued upon payment of the amounts shown therein.

The Beneficiary/Lender may be assisted in freezing this account by receiving a creditline freeze authorization letter signed by the Trustor/Borrower/Seller with the request for payoff demand. A sample copy of a typical such letter is available from the Company upon request.

ORT 3158-B

OLD REPUBLIC TITLE COMPANY
ORDER NO.  1211058528-AL

NOTE: Said Deed of Trust by the provisions of an agreement

| | | |
|---|---|---|
| Dated | : | March 16, 2021 |
| Recorded | : | March 22, 2021 in Official Records under Recorder's Serial Number 2021005537 |
| Executed By | : | Joshua S. Miller and Steven M. Adler and Connexus Credit Union |

was made subordinate to the Deed of Trust referred to herein as Instrument No. 2021005538.

20.     Deed of Trust to secure an indebtedness of the amount stated below and any other amounts payable under the terms thereof,

| | | |
|---|---|---|
| Amount | : | $488,000.00 |
| Trustor/Borrower | : | Joshua S. Miller and Steven M. Adler, a married couple, as joint tenants |
| Trustee | : | Lennar Title Group, LLC f/k/a CalAtlantic Title Inc. |
| Beneficiary/Lender | : | Mortgage Electronic Registration Systems, Inc., solely as nominee for American Pacific Mortgage Corporation |
| Dated | : | March 9, 2021 |
| Recorded | : | March 22, 2021 in Official Records under Recorder's Serial Number 2021005538 |
| Loan No. | : | 000998435 |
| "MIN" | : | 1002793-0006537657-2 |

The record beneficial interest under said Deed of Trust as a result of the last recorded assignment thereof is,

| | | |
|---|---|---|
| Vested In | : | JPMorgan Chase Bank, National Association |
| By Assignment From | : | Mortgage Electronic Registration Systems, Inc., solely as nominee for American Pacific Mortgage Corporation |
| Dated | : | June 27, 2023 |
| Recorded | : | July 12, 2023 in Official Records under Recorder's Serial Number 2023-005098 |

21.     Any estate or interest of Sunrun, Inc. inferred by a Notice of an Independent Solar Energy Producer Contract

| | | |
|---|---|---|
| Recorded | : | June 27, 2022 in Official Records under Recorder's Serial Number 2022-008222 |

Unrecorded lease and/or security agreement for the Photovoltaic system disclosed by the above.

ORT 3158-B

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.** 1211058528-AL

22.     Any estate or interest of Sunrun, Inc. inferred by a Notice of an Independent Solar Energy
        Producer Contract

        Recorded          :     June 27, 2022 in Official Records under Recorder's Serial Number
                                2022-008223


                      Unrecorded lease and/or security agreement for the Photovoltaic system disclosed by
                      the above.


23.     A financing statement recorded in the office of the County Recorder, showing

        Debtor            :     Joshua Miller
        Secured Party     :     Lafayette Federal Credit Union
        Recorded          :     May 1, 2023 in Official Records under Recorder's Serial Number
                                2023-003115
        Property Covered  :     6457 Southworth Road, Valley Springs, CA 95252



        -------------------- **Informational Notes** -------------------

A.      The applicable rate(s) for the policy(s) being offered by this report or commitment appears
        to be section(s) 1.1 and 2.1.


B.      The above numbered report (including any supplements or amendments thereto) is hereby
        modified and/or supplemented to reflect the following additional items relating to the
        issuance of an American Land Title Association loan form policy:

        NONE

        NOTE: Our investigation has been completed and there is located on said land a single family
        residence known as 6457 Southwood Road, Valley Springs, CA 95252.

        The ALTA loan policy, when issued, will contain the CLTA 100 Endorsement and 116 series
        Endorsement.

        Unless shown elsewhere in the body of this report, there appear of record no transfers or
        agreements to transfer the land described herein within the last three years prior to the date
        hereof, except as follows:

        NONE

ORT 3158-B

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.**  1211058528-AL

C.      NOTE: The last recorded transfer or agreement to transfer the land described herein is as follows:

| | | |
|---|---|---|
| Instrument | | |
| Entitled | : | Grant Deed |
| By/From | : | Joshua S. Miller and Steven M. Adler, who acquired title as Steven M. Alder, a married couple as joint tenants |
| To | : | Joshua S. Miller and Steven M. Adler, a married couple as joint tenants |
| Dated | : | August 28, 2020 |
| Recorded | : | September 4, 2020 in Official Records under Recorder's Serial Number 2020-012441 |

ORT 3158-B

OLD REPUBLIC TITLE COMPANY
ORDER NO.  1211058528-AL

# NOTE:

The following statement is deemed attached as a coversheet to any declaration, governing document, or deed identified in the above exceptions:

**If this document contains any restriction based on age, race, color, religion, sex, gender, gender identity, gender expression, sexual orientation, familial status, marital status, disability, veteran or military status, genetic information, national origin, source of income as defined in subdivision (p) of Section 12955, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.2 of the Government Code by submitting a "Restrictive Covenant Modification" form, together with a copy of the attached document with the unlawful provision redacted to the county recorder's office. The "Restrictive Covenant Modification" form can be obtained from the county recorder's office and may be available on its internet website. The form may also be available from the party that provided you with this document. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status.**

Information for processing a "Restrictive Covenant Modification" form:

1. Print a complete copy of the document in question.  Strike out what you believe to be unlawful restrictive language in the document.
2. Print and complete the "Restrictive Covenant Modification" ("RCM") form.  Note that the signature on the form must be acknowledged by a notary public or other qualified officer.
3. Submit the completed RCM form and the document with your strike-outs to the County Clerk-Recorder's Office for the county where the property is located.  No fee is required for this service.
4. The County Clerk-Recorder's Office will forward the RCM form and the document with your strike-outs to the Office of the County Counsel, who will determine whether the document contains any unlawful restrictions.
5. The Office of the County Counsel will return the RCM form and the document with your strike-outs to the County Clerk-Recorder's Office along with its determination. If approved, a Deputy County Counsel will sign the RCM, and the County Clerk-Recorder's Office will record, image and index it. If the Office of the County Counsel determines that the document does not contain an unlawful restriction, the County Clerk-Recorder's Office will not record the RCM.
6. The approved RCM will be returned to the submitter by mail.

The "Restrictive Covenant Modification" form is linked below:

Restrictive Covenant Modification form

ORT 3158-B

Exhibit I

**CLTA HOMEOWNER'S POLICY OF TITLE INSURANCE – 2021**
**ALTA HOMEOWNER'S POLICY OF TITLE INSURANCE – 2021**

**EXCLUSIONS FROM COVERAGE**

The following matters are excluded from the coverage of this policy and We will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1.  a   any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) that restricts, regulates, prohibits, or relates to:
        i.      the occupancy, use, or enjoyment of the Land;
        ii.     the character, dimensions, or location of any improvement on the Land;
        iii.    the subdivision of land; or
        iv.     environmental remediation or protection.
    b.  any governmental forfeiture, police, or regulatory, or national security power.
    c.  the effect of a violation or enforcement of any matter excluded under Exclusion 1.a. or 1.b.
    Exclusion 1 does not modify or limit the coverage provided under Covered Risk 8.a., 14, 15, 16, 18, 19, 20, 23, or 27.

2.  Any power to take the Land by condemnation. Exclusion 2 does not modify or limit the coverage provided under Covered Risk 17.

3.  Any defect, lien, encumbrance, adverse claim, or other matter:
    a.  created, suffered, assumed, or agreed to by You;
    b.  not Known to Us, not recorded in the Public Records at the Date of Policy, but Known to You and not disclosed in writing to Us by You prior to the date You became an Insured under this policy;
    c.  resulting in no loss or damage to You;
    d.  attaching or created subsequent to the Date of Policy (Exclusion 3.d. does not modify or limit the coverage provided under Covered Risk 5, 8.f., 25, 26, 27, 28, or 32); or
    e.  resulting in loss or damage that would not have been sustained if You paid consideration sufficient to qualify You as a bona fide purchaser of the Title at the Date of Policy.

4.  Lack of a right:
    a.  to any land outside the area specifically described and referred to in Item 3 of Schedule A; and
    b.  in any street, road, avenue, alley, lane, right-of-way, body of water, or waterway that abut the Land.
    Exclusion 4 does not modify or limit the coverage provided under Covered Risk 11 or 21.

5.  The failure of Your existing structures, or any portion of Your existing structures, to have been constructed before, on, or after the Date of Policy in accordance with applicable building codes. Exclusion 5 does not modify or limit the coverage provided under Covered Risk 14 or 15.

6.  Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights law, that the transfer of the Title to You is a:
    a.  fraudulent conveyance or fraudulent transfer;
    b.  voidable transfer under the Uniform Voidable Transactions Act; or
    c.  preferential transfer:
        i.      to the extent the instrument of transfer vesting the Title as shown in Schedule A is not a transfer made as a contemporaneous exchange for new value; or
        ii.     for any other reason not stated in Covered Risk 30.

7.  Contamination, explosion, fire, flooding, vibration, fracturing, earthquake, or subsidence.

8.  Negligence by a person or an entity exercising a right to extract or develop oil, gas, minerals, groundwater, or any other subsurface substance.

9.  Any lien on Your Title for real estate taxes or assessments imposed or collected by a governmental authority that becomes due and payable after the Date of Policy. Exclusion 9 does not modify or limit the coverage provided under Covered Risk 8.a. or 27.

10. Any discrepancy in the quantity of the area, square footage, or acreage of the Land or of any improvement to the Land.

Exhibit I

**CLTA HOMEOWNER'S POLICY OF TITLE INSURANCE – 2021**
**ALTA HOMEOWNER'S POLICY OF TITLE INSURANCE – 2021**
**(Continued)**

**LIMITATIONS ON COVERED RISKS**

Your insurance for the following Covered Risks is limited on the Owner's Coverage Statement as follows:

- For Covered Risk 16, 18, 19, and 21 Your Deductible Amount and Our Maximum Dollar Limit of Liability shown in Schedule A.

Deductible Amounts and Maximum Dollar Limits of Liability for Covered Risks 16, 18, 19, and 21:

| | Your Deductible Amount | Our Maximum Dollar Limit of Liability |
|---|---|---|
| Covered Risk 16: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $25,000.00 |
| Covered Risk 18: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $25,000.00 |
| Covered Risk 19: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $25,000.00 |
| Covered Risk 21: | 1.00% of Policy Amount Shown in Schedule A or $5,000.00 (whichever is less) | $25,000.00 |

Exhibit I

**AMERICAN LAND TITLE ASSOCIATION**
**LOAN POLICY OF TITLE INSURANCE – 2021**

**EXCLUSIONS FROM COVERAGE**

The following matters are excluded from the coverage of this policy, and the Company will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1.      a.      any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) that restricts, regulates, prohibits, or relates to:
   - i.      the occupancy, use, or enjoyment of the Land;
   - ii.      the character, dimensions, or location of any improvement on the Land;
   - iii.      the subdivision of land; or
   - iv.      environmental remediation or protection.
        b.      any governmental forfeiture, police, regulatory, or national security power.
        c.      the effect of a violation or enforcement of any matter excluded under Exclusion 1.a. or 1.b.
        Exclusion 1 does not modify or limit the coverage provided under Covered Risk 5 or 6.

2.      Any power of eminent domain. Exclusion 2 does not modify or limit the coverage provided under Covered Risk 7.

3.      Any defect, lien, encumbrance, adverse claim, or other matter:
        a.      created, suffered, assumed, or agreed to by the Insured Claimant;
        b.      not Known to the Company, not recorded in the Public Records at the Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;
        c.      resulting in no loss or damage to the Insured Claimant;
        d.      attaching or created subsequent to the Date of Policy (Exclusion 3.d. does not modify or limit the coverage provided under Covered Risk 11, 13, or 14); or
        e.      resulting in loss or damage that would not have been sustained if consideration sufficient to qualify the Insured named in Schedule A as a bona fide purchaser or encumbrancer had been given for the Insured Mortgage at the Date of Policy.

4.      Unenforceability of the lien of the Insured Mortgage because of the inability or failure of an Insured to comply with applicable doing-business law.

5.      Invalidity or unenforceability of the lien of the Insured Mortgage that arises out of the transaction evidenced by the Insured Mortgage and is based upon usury law or Consumer Protection Law.

6.      Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights law, that the transaction creating the lien of the Insured Mortgage is a:
        a.      fraudulent conveyance or fraudulent transfer;
        b.      voidable transfer under the Uniform Voidable Transactions Act; or
        c.      preferential transfer:
   - i.      to the extent the Insured Mortgage is not a transfer made as a contemporaneous exchange for new value; or
   - ii.      for any other reason not stated in Covered Risk 13.b.

7.      Any claim of a PACA-PSA Trust. Exclusion 7 does not modify or limit the coverage provided under Covered Risk 8.

8.      Any lien on the Title for real estate taxes or assessments imposed by a governmental authority and created or attaching between the Date of Policy and the date of recording of the Insured Mortgage in the Public Records. Exclusion 8 does not modify or limit the coverage provided under Covered Risk 2.b. or 11.b.

9.      Any discrepancy in the quantity of the area, square footage, or acreage of the Land or of any improvement to the Land.

Exhibit I

**AMERICAN LAND TITLE ASSOCIATION**
**LOAN POLICY OF TITLE INSURANCE – 2021**
**(Continued)**

**EXCEPTIONS FROM COVERAGE**

**Some historical land records contain Discriminatory Covenants that are illegal and unenforceable by law. This policy treats any Discriminatory Covenant in a document referenced in Schedule B as if each Discriminatory Covenant is redacted, repudiated, removed, and not republished or recirculated. Only the remaining provisions of the document are excepted from coverage.**

This policy does not insure against loss or damage and the Company will not pay costs, attorneys' fees, or expenses resulting from the terms and conditions of any lease or easement identified in Schedule A, and the following matters:

*NOTE: The 2021 ALTA Loan Policy may be issued to afford either Standard Coverage or Extended Coverage. In addition to variable exceptions such as taxes, easements, CC&R's, etc., the Exceptions from Coverage in a Standard Coverage policy will also include the Western Regional Standard Coverage Exceptions listed as 1 through 7 below:*

1. (a) Taxes or assessments that are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the Public Records; (b) proceedings by a public agency that may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the Public Records.

2. Any facts, rights, interests, or claims that are not shown by the Public Records at Date of Policy but that could be (a) ascertained by an inspection of the Land, or (b) asserted by persons or parties in possession of the Land.

3. Easements, liens or encumbrances, or claims thereof, not shown by the Public Records at Date of Policy.

4. Any encroachment, encumbrance, violation, variation, easement, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by the Public Records at Date of Policy.

5. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b), or (c) are shown by the Public Records.

6. Any lien or right to a lien for services, labor, material or equipment unless such lien is shown by the Public Records at Date of Policy.

7. Any claim to (a) ownership of or rights to minerals and similar substances, including but not limited to ores, metals, coal, lignite, oil, gas, uranium, clay, rock, sand, and gravel located in, on, or under the Land or produced from the Land, whether such ownership or rights arise by lease, grant, exception, conveyance, reservation, or otherwise; and (b) any rights, privileges, immunities, rights of way, and easements associated therewith or appurtenant thereto, whether or not the interests or rights excepted in (a) or (b) appear in the Public Records or are shown in Schedule B.

Updated 1/1/2023



| FACTS | WHAT DOES OLD REPUBLIC TITLE DO WITH YOUR PERSONAL INFORMATION? |
|---|---|

| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and employment information<br>• Mortgage rates and payments and account balances<br>• Checking account information and wire transfer instructions<br><br>When you are no longer our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Old Republic Title chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Old Republic Title share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** — such as to process your transactions, maintain your account(s), or respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** — to offer our products and services to you | No | We don't share |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** — information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For non-affiliates to market to you** | No | We don't share |

| | Go to www.oldrepublictitle.com (Contact Us) |
|---|---|

| Who we are | |
|---|---|
| Who is providing this notice? | Companies with an Old Republic Title name and other affiliates. Please see below for a list of affiliates. |

| What we do | |
|---|---|
| How does Old Republic Title protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. For more information, visit https://www.oldrepublictitle.com/privacy-policy |
| How does Old Republic Title collect my personal information? | We collect your personal information, for example, when you:<br><br>• Give us your contact information or show your driver's license<br>• Show your government-issued ID or provide your mortgage information<br>• Make a wire transfer<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only:<br><br>• Sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for non-affiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See the State Privacy Rights section location at https://www.oldrepublictitle.com/privacy-policy for your rights under state law. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Our affiliates include companies with an Old Republic Title name, and financial companies such as Attorneys' Title Fund Services, LLC, Lex Terrae National Title Services, Inc., and Mississippi Valley Title Services Company |
| Non-affiliates | Companies not related by common ownership or control. They can be financial and non-financial companies.<br><br>• Old Republic Title does not share with non-affiliates so they can market to you |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br><br>• Old Republic Title doesn't jointly market. |



| Affiliates Who May be Delivering This Notice | | | | |
|---|---|---|---|---|
| American First Title & Trust Company | American Guaranty Title Insurance Company | Attorneys' Title Fund Services, LLC | Compass Abstract, Inc. | eRecording Partners Network, LLC |
| Genesis Abstract, LLC | Guardian Consumer Services, Inc. | iMarc, Inc. | L.T. Service Corp. | Lenders Inspection Company |
| Lex Terrae National Title Services, Inc. | Lex Terrae, Ltd. | Mississippi Valley Title Services Company | Old Republic Branch Information Services, Inc. | Old Republic Diversified Services, Inc. |
| Old Republic Escrow of Vancouver, Inc. | Old Republic Exchange Company | Old Republic National Ancillary Services, Inc. | Old Republic Title and Escrow of Hawaii, Ltd. | Old Republic National Title Insurance Company |
| Old Republic Title Company | Old Republic Title Company of Conroe | Old Republic Title Company of Nevada | Old Republic Title Company of Oklahoma | Old Republic Title Company of Oregon |
| Old Republic Title Company of St. Louis | Old Republic Title Information Concepts | Old Republic Title Insurance Agency, Inc. | Old Republic Title, Ltd. | RamQuest Software, Inc. |
| Republic Abstract & Settlement, LLC | Sentry Abstract Company | Surety Title Agency, Inc. | Trident Land Transfer Company, LLC | |

Updated: January 1, 2023 v2

# Privacy Notice for California Consumers

This Privacy Notice for California Consumers supplements the information contained in the Master Privacy Notice for Old Republic Title and applies to consumers that reside in the State of California. The terms used in this Privacy Notice have the same meaning as the terms defined in the California Consumer Privacy Act ("CCPA").

## What Personal Information We Collect

In accordance with the CCPA, personal information is information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or household. Personal information does not include:
Information outside the scope of the CCPA such as:

- Health or medical information covered by the Health Insurance Portability Act of 1996 (HIPAA) and the California Confidentiality of Medical Information Act (CMIA).
- Personal Information covered by the Gramm-Leach-Bliley Act (GLBA), the Fair Credit Reporting Act (FCRA), the California Financial Information Privacy Act (FIPA), and the Driver's Privacy Protection Act of 1994,
- Publicly available information or lawfully obtained, truthful information that is a matter of public concern, and
- De-identified or aggregated consumer information.

Please see the chart below to learn what categories of personal information we may have collected about California consumers within the preceding twelve months, the sources of and business purposes for that collection and the third parties to whom the information has been disclosed, if any.

| Category | Examples | Sources | Business Purpose for Collection | Categories of Third Parties with Whom Information is Shared |
|---|---|---|---|---|
| Identifiers | Real name, alias, postal address, unique personal identifier, online | Consumers, Lenders, Brokers, Attorneys, Real Estate Agents, and | Underwriting or providing other products or services, responding to policyholder/consumer claims, inquiries or | Service providers associated with the transaction for a business |

| | identifier, Internet protocol address, email address, account name, social security number, driver's license number, passport number or other similar identifiers<br><br>Social security number, driver's license number, passport number are collected | Title Agents associated with the transaction | complaints, detecting security incidents, protecting against malicious, deceptive, fraudulent, or illegal activity. Other audit or operational purposes. | purpose |
|---|---|---|---|---|
| Personal information described in California Customer Records statute (Cal. Civ. Code § 1798.80(e)) | Name, signature, social security number, physical characteristics or description, address, telephone number, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card | Consumers, Lenders, Brokers, Attorneys, Real Estate Agents, and Title Agents associated with the transaction | Underwriting or providing other products or services, responding to policyholder/consumer claims, inquiries or complaints, detecting security incidents, protecting against malicious, deceptive, fraudulent, or illegal activity. Other audit or operational purposes. | Service providers associated with the transaction for a business purpose |

| | number, or any other financial information, medical information, or health insurance information. "Personal information" does not include publicly available information that is lawfully made available to the general public from federal, state, or local government records.<br><br>Social security number, driver's license number or state identification card number, passport number, bank account number are collected | | | |
|---|---|---|---|---|
| Characteristics of protected classifications under California or federal law | Age (40 years or older), race, color, ancestry, national origin, citizenship, religions or creed, marital status, medical condition, physical or | Consumers, Lenders, Brokers, Attorneys, Real Estate Agents, and Title Agents associated with the | Underwriting or providing other products or services, responding to policyholder/consumer claims, inquiries or complaints. Other audit or operational purposes. | Service providers associated with the transaction for a business purpose |

| | mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, veteran or military status, or genetic information (including familial genetic information).<br><br>Marital status, sex, physical disability, is collected | transaction | | |
|---|---|---|---|---|
| Internet or other electronic network activity | Browsing history, search history, information about a consumer's interaction with a website, application, or advertisement. | Consumers, Lenders, Brokers, Attorneys, Real Estate Agents, and Title Agents associated with the transaction | To provide access to certain online services. To understand the interests of visitors to our online services, to support certain features of our site, for navigation and to display certain features more effectively. Detecting security incidents, protecting against malicious, deceptive, fraudulent, or illegal | Not Disclosed |

| | | | activity. Other audit or operational purposes. | |
|---|---|---|---|---|

# What Personal Information We Disclose and Why We Disclose It

The CCPA requires us to tell you what categories of personal information we "sell", "share" or "disclose." We do not sell and will not sell your personal information as that term is commonly understood. We also do not sell and will not sell your personal information, including the personal information of persons under 16 years of age, as that term is defined by the CCPA. We do not share your personal information as that term is defined in the CCPA. When it is necessary for a business purpose, we may disclose your personal information with a service provider or contractor, and we enter into a contract with the service provider or contractor that limits how the information may be used and requires the service provider to protect the confidentiality of the information.

In the preceding twelve months, we have disclosed the following categories of personal information for the following business purposes. Where the personal information is shared with third parties, as that term is defined in the CCPA, the category of the third party is indicated.

| Category | Examples | Business Purpose for Disclosure | Categories of Third Parties with Whom Information is Shared |
|---|---|---|---|
| Identifiers (Including social security number, driver's license number, and passport | Real name, alias, postal address, unique personal identifier, online identifier, internet protocol address, email address, account name, social security number, driver's license number, passport number or other similar identifiers | Underwriting or providing other products or services, responding to policyholder/consumer claims, inquiries or complaints, detecting security incidents, protecting against malicious, deceptive, fraudulent, or illegal activity. Other audit or | Service providers associated with the transaction for a business purpose |

| number) | | operational purposes. | |
|---|---|---|---|
| Personal information described in California Customer Records statute (Cal. Civ. Code § 1798.80(e))<br><br>(Including Social security number, driver's license number or state identification card number, passport number, and bank account number) | Name, signature, social security number, physical characteristics or description, address, telephone number, passport number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, credit card number, debit card number, or any other financial information, medical information, or health insurance information. "Personal information" does not include publicly available information that is lawfully made available to the general public from federal, state, or local government records. | Underwriting or providing other products or services, responding to policyholder/consumer claims, inquiries or complaints, detecting security incidents, protecting against malicious, deceptive, fraudulent, or illegal activity. Other audit or operational purposes. | Service providers associated with the transaction for a business purpose |
| Characteristics of protected classifications under California or federal law<br><br>(Including marital status, sex, and physical disability) | Age (40 years or older), race, color, ancestry, national origin, citizenship, religions or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, veteran or military status, or genetic information (including familial genetic information). | Underwriting or providing other products or services, responding to policyholder/consumer claims, inquiries or complaints. Other audit or operational purposes. | Service providers associated with the transaction for a business purpose |
| Internet or other electronic network activity | Browsing history, search history, information about a consumer's interaction with a website, application, or advertisement. | To provide access to certain online services. To understand the interests of visitors to our online services, to support certain features of our site, for navigation and to | Not Disclosed |

| | | display certain features more effectively. Detecting security incidents, protecting against malicious, deceptive, fraudulent, or illegal activity. Other audit or operational purposes. | |
|---|---|---|---|

We may also transfer to a third party the personal information of a consumer as an asset that is part of a merger, acquisition, bankruptcy, or other transaction in which the third party assumes control of all or part of the business.

## Our Retention of Your Personal Information

The length of time that we retain personal information largely depends upon the purpose for which the information was collected rather than the category of the information as set forth in this Notice. When establishing retention periods, we consider applicable statutes of limitation and legal and regulatory requirements and guidelines. Personal information is generally retained for periods of time that permit the company to meet its legal and regulatory obligations.

# Your Rights and Choices

The CCPA provides California consumers with certain rights regarding their personal information. This chart describes those rights and certain limitations to those rights.

| Right | What This Means |
|---|---|
| Notice | At or before the time your personal information is collected, you will be given written notice of the categories of personal information to be collected, the purposes for which the categories of personal information will be used, and whether that information is sold or shared. |
| Access | At your verifiable request, but no more than twice in a twelve month period, we shall disclose to you: 1) the categories of personal information we have collected about you, 2) the categories of sources for the personal information we collected about you, 3) our business or commercial purpose for collecting, selling or sharing your personal information, 4) the categories of third parties to whom we disclose your personal information, 5) the specific pieces of information we have collected about you, 6) the categories of personal information disclosed about you for a business purpose and the categories of persons to whom your personal information was disclosed for a business purpose, and 7) if we sold or shared personal information, the categories of personal information sold or shared and the categories of third parties to whom it was sold or shared. |
| Deletion | You have the right to request that we delete any of your personal information that we collected from you, subject to certain exceptions. Once we receive and |

| | verify your request, we will delete (and direct our service providers and contractors to delete) your personal information from our records unless an exception applies. We may deny your request if retention of the information is necessary for us or our service providers to: |
|---|---|
| | <ul><li>Complete the transaction for which we collected the personal information, provide a good or service that you requested, take actions reasonably anticipated within the context of our ongoing business relationship with you, or otherwise perform our contract with you.</li><li>Help to ensure security and integrity to the extent the use of your personal information is reasonably necessary and proportionate to that purpose. Debug to identify and repair errors that impair existing intended functionality.</li><li>Exercise free speech, ensure the right of another consumer to exercise their free speech rights, or exercise another right provided for by law.</li><li>Comply with the California Electronic Communications Privacy Act (Cal. Penal Code §1546 et seq.)</li><li>Engage in public or peer reviewed scientific, historical, or statistical research that conforms or adheres to all other applicable ethics and privacy laws, when the information's deletion is likely to render impossible or seriously impair the research's completion, if you previously provided informed consent.</li><li>Enable solely internal uses that are reasonably aligned with consumer expectations based on your relationship with us and compatible with the context in which you provided the information.</li><li>Comply with a legal obligation.</li><li>Or if it is the type of personal information that falls outside the scope of the CCPA, (HIPAA, CIMA, GLBA, or publicly available information)</li></ul> |
| Correct | You have the right to request that we correct inaccurate personal information about you, taking into account the nature of the personal information and the purposes of the processing of the personal information.  After we receive and verify your request, we will use commercially reasonable efforts to correct the inaccurate personal information as directed by you. |
| Opt-Out of Sale or Sharing<br><br><br><br><br>Opt-In to Sale or Sharing | With some limitations, you may direct a business that sells or shares personal information to third parties not to sell or share the personal information to these third parties.<br><br> A business may not sell or share the personal information of persons less than sixteen years of age without their affirmative consent, and in the case of those less than thirteen years of age, the consent must come from a parent. |
| Limit Use of Sensitive Personal Information | You may direct a business to limit the use of your sensitive personal information to that use which is necessary to perform the services or provide the goods reasonably expected by an average consumer who requests those goods or services and certain other limited uses as described in the CCPA and applicable regulations. |

| Non-Discrimination | We will not discriminate against you for exercising your rights under the CCPA. Unless otherwise permitted by the CCPA we will not: <br>• Deny you goods or service <br>• Charge you different prices or rates for goods or services, including through granting discounts or other benefits, or imposing penalties <br>• Provide a different level or quality of goods or services <br>• Suggest that you will receive a different price or rate for goods or services or a different level or quality of goods or services |
|---|---|

# To Exercise Your Rights

## To Opt-out of the Sale or Sharing of Your Personal Information

The CCPA gives consumers the right to direct a business that sells or shares personal information about the consumer to third parties not to sell or share the consumer's personal information. We do not sell and will not sell your personal information as that term is commonly understood. We also do not sell and will not sell your personal information, as that term is defined by the CCPA. We do not share your personal information as that term is defined in the CCPA.

## To Limit the Use of Sensitive Personal Information

The CCPA gives consumers the right to direct a business to limit the use of the consumer's sensitive personal information to that use which is necessary to perform the services or provide the goods reasonably expected by an average consumer who requests those goods or services and certain other limited uses as described in the CCPA and applicable regulations.  We do not use or disclose sensitive personal information for purposes other than those purposes specified in Section 7027, subsection (m) of the California Consumer Privacy Act Regulations.  If we begin using or disclosing your sensitive personal information outside of those purposes, then we will provide you with the option to limit our use or disclosure through a clear and conspicuous link on our internet homepage.

## To Request Access to, Correction or Deletion of Your Personal Information

To exercise your access, correction or deletion rights described above, please submit a verifiable consumer request to us by either: Calling us at 1-855-557-8437 or contacting us through our website https://ccpa.oldrepublictitle.com .

Only you or your representative that you authorize to act on your behalf (Authorized Agent) can make a verifiable consumer request for your personal information. You may also make a request for your minor child. The verifiable request must provide enough information that allows us to reasonably verify you are the person about whom we collected personal information. We cannot respond to your request or provide you with personal information if we cannot verify your identity or authority to make the request and to confirm the personal information relates to you.

We work to respond to a verifiable consumer request within 45 days of its receipt. If we require additional time, we will inform you of the extension period (up to an additional 45 days), and the reason for the extension in writing. If you have an account with us, we will deliver our response to that account. If you do not have an account with us, we will deliver our response by mail or electronically, depending on your preference. The response we provide will also explain any reasons why we cannot comply with a request.

You may only make a consumer request for access twice within a twelve-month period. Any disclosures we provide will apply to the twelve-month period preceding the consumer request's receipt.

## Contact Us

If you have any questions regarding our Privacy Notice or practices, please contact us or send your written request to: CCPA@oldrepublictitle.com, 1-855-557-8437, or 3000 Bayport Drive, Suite 1000 Tampa FL 33707

REV.

NOTICE... This is neither a plat nor a survey it is furnished merely as a convenience to aid you in locating the land indicated hereon with reference to streets and other land. No liability is assumed by reason of any reliance hereon.

T.3N., R.10E. SEC. 6 POR. N. 1/2

TAX AREA CODE  51-118



SIERRA GREENS ESTATES

050

074

050

48 035

SOUTHWORTH

EMERALD LANE

EVERGREEN ROAD

ROAD

LOT 14
5.12 AC.
03

LOT 13
5.64 AC.
02

LOT 12
5.78 AC.
01

LOT 15
5.01 AC.
04

LOT 11
5.64 AC.
05

LOT 2
6.03 AC.
06

1" = 200'



ASSESSMENT PURPOSES ONLY
NO LIABILITY IS ASSUMED FOR THE
ACCURACY OF THE DATA DELINEATED HEREON

CALAVERAS COUNTY
ASSESSOR'S MAPS
BOOK 50  PAGE 075

6