# EXHIBIT 3

DocuSign Envelope ID: 18AECC8C-9B4D-4985-A519-20AB53C5981A



2701 Tower Oaks Blvd.
Rockville, MD 20852
Phone: 301-929-7990
Toll-free: 800-888-6560
Fax: 240-747-2492

# LOAN AGREEMENT AND CONSUMER CREDIT DISCLOSURE STATEMENT ("Agreement")

**Borrower(s)**
JOSHUA MILLER
6457 SOUTHWORTH RD
VALLEY SPRINGS, CA 95252

| ANNUAL PERCENTAGE RATE<br>The cost of Your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost You. | AMOUNT FINANCED<br>The amount of credit provided to You or on Your behalf. | TOTAL OF PAYMENTS<br>The amount You will have paid when You have made all scheduled payments. | DATE | ACCOUNT |
|---|---|---|---|---|---|
| 7.890 % | $ 70,915.85 | $ 100,000.00 | $ 170,915.85 | 2/27/2021 | |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 179 | 949.54 | MONTHLY | 3/29/2021 |
| 1 | 948.19 | | 2/29/2036 |

☐ **INTRODUCTORY RATE.** You have a discounted introductory rate of _____% that will remain in effect until _____ (date). On _____ (date), even if market rates do not change, this rate will increase to 6.940 %.

☐ **VARIABLE RATE.** Following the expiration of any introductory rate period, Your loan will be subject to a Variable Rate which is based on the highest Prime Rate as published in the Money Rates section of The Wall Street Journal in effect on the day any introductory rate period expires, and subsequently, on the last day of the calendar month immediately preceding each Change Date ("Index") plus _____ ("Margin"). The Index plus the Margin equals the Interest Rate. Changes in the Index will cause changes in the Interest Rate on the day any introductory rate period expires, and subsequently, on the 3-year anniversary following the date of this loan and on the same day every 3 years thereafter ("Change Date"). Increases or decreases in the Interest Rate will cause like increases or decreases in the Finance Charge and will affect the number of Your regularly scheduled payments. Except for when any introductory rate period expires, Your Interest Rate cannot change by more than 2.00% on each Change Date, and will never be greater than 18.00% nor less than a sum that is equal to Your Margin, and will apply to Your remaining principal balance. For example, if Your loan amount is $10,000, for 72 months with an initial Interest Rate of 5.00% and Your Interest Rate increased to 7.00% after 36 months, You would be required to make 1.29 additional payments.

☐ **VARIABLE RATE.** Following the expiration of any introductory rate period, Your loan will be subject to a Variable Rate which is based on the Dividend Rate paid on the day any introductory rate period expires, and subsequently, on the 1st calendar day of each month for the shares pledged as Collateral ("Index") plus _____ ("Margin"). The Index plus the Margin equals the Interest Rate. Changes in the Index will cause changes in the Interest Rate on the day any introductory rate period expires, and subsequently, on the day of any such change in the Index. Increases or decreases in the Interest Rate will cause like increases or decreases in the Finance Charge and will affect the number of Your regularly scheduled payments. Your Interest Rate will never be greater than 18.00% and will apply to Your remaining principal balance. For example, if Your loan amount is $10,000, for 60 months with an initial Interest Rate of 5.00% and Your Interest Rate increased to 15.00% after 12 months, You would be required to make 14.04 additional payments.

You may obtain property insurance from anyone You want that is acceptable to the Credit Union.
☐ **Required Deposit:** The Annual Percentage Rate does not reflect Your required deposit.
**Assumability:** Your loan is not assumable.
**Security:** You are giving a security interest in:
☐ The goods or property being purchased.
☒ Personal property (other than household goods or any dwelling) securing other loans with Us.
☒ Your present and future share deposits in the Credit Union.
☐ Other _____

**Prepayment:** If You pay off early, You will not be charged a penalty.

**Late Charge.** If Your payment is more than 15 days late, You will be charged 5.00% of the payment due.

**Filing Fee $** 0.00     **Non-Filing Insurance $** _____

See Your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

☒ This is a fixed-rate loan with a simple Interest Rate of 6.940 %.    ☐ This is a variable-rate loan with a present Interest Rate of _____ %.

| Itemization of Amount Financed of | $ 106,000.00 | Amount Paid to Others on Your Behalf: | |
|---|---|---|---|
| Amount Given to You Directly | $ 0.00 | ORIGINATOR FEE | 6,000.00 |
| Amount Paid on Your Account | $ 0.00 | | |
| Prepaid Finance Charge | $ _____ | | |

**Security Interest.** To secure all obligations of Borrower(s) hereunder to the Credit Union, You give a security interest and lien in and upon the following property, including any and all accessions, related insurance proceeds or insurance premium refunds.

| Year | Make | Model | V.I.N./Serial No. | Key/Lic. No. |
|---|---|---|---|---|
| | | | | |

**Other**

Further paragraphs of this Agreement are set forth on pages two and three and You agree to be bound by all of the provisions of this Agreement.

## ADDITIONAL PROVISIONS OF AGREEMENT

1. **PROMISE TO PAY.** You promise to pay the amount borrowed, plus interest, other permitted charges and fees to the order of Lafayette Federal Credit Union ("Lender") or assignee, according to the terms of this Agreement (including those set forth in the Federal Truth-in-Lending Disclosure). Numbers, phrases or words preceded by a ☐ are applicable only if the ☐ is marked, e.g. ☒ . In this Agreement, the use of the words "Credit Union," "We," "Us," and "Our" mean Lafayette Federal Credit Union. The Borrower(s) and any Co-Signer(s) of the Agreement, individually and collectively, are sometimes referred to as "You" or "Your."

2. **LIABILITY OF PARTIES.** Each person who signs this Agreement as a Borrower or Co-Signer and whose name appears in this Agreement as Borrower or Co-Signer agrees to be individually and jointly obligated to pay Your loan in accordance with the terms and conditions of this Agreement. Any person who signs this Agreement and checks the box preceding "Owner of Collateral (other than Borrower)" does so voluntarily and solely to give a security interest in the Collateral shown in the Security Interest section in this Agreement, but is not personally liable for any indebtedness created by this Agreement.

3. **INTEREST.** Interest will be charged on the unpaid balance of Your loan at the Simple Interest Rate (or at a rate computed according to the Variable Rate provisions) designated in this Agreement until Your balance is paid in full. Any payment may be made early without penalty, and any early payments will have the result of reducing the total amount of interest paid. Any payment made after the due date will have the result of increasing the total amount of interest paid.

4. **PAYMENTS.** Your payments are to be made in lawful money of the United States according to the Payment Schedule (adjustable to correlate to interest rate changes as computed according to the Variable Rate provisions) in this Agreement. Any partial prepayment of Your loan will not delay Your next scheduled payment. If, when You pay Your last scheduled payment, the amount You pay exceeds Your loan balance, then You give the Credit Union permission to deposit the excess to Your share account.

5. **COLLATERAL.** The Credit Union has been granted a security interest or lien in or upon the Collateral designated in this Agreement or in a separate document such as a Security Agreement, Assignment, Pledge or similar document (the subject matter of such a security interest or lien is referred to as "Collateral" in this Agreement). Except for the Credit Union's security interest or lien, the Collateral is owned free and clear from any adverse claim, security interest or encumbrance other than as now disclosed to the Credit Union. Without the express written consent of the Credit Union, no other liens, security interests or encumbrances will be allowed to attach to the Collateral. You agree to inform the Credit Union immediately if the Collateral is to be moved from Your address shown in this Agreement or at such other address at which You have informed the Credit Union the Collateral is now located. The Collateral shall not be sold or ownership otherwise transferred and at all times the Collateral shall be kept in good repair. The Collateral shall not be used for any unlawful purpose. The Credit Union shall receive the full cooperation of the Borrower, Co-Signer or Owner in obtaining everything that We require to place and/or maintain Our security interest in and/or lien on the Collateral. The Credit Union may examine and inspect the Collateral at any time wherever located. All taxes or assessments on the Collateral, including title and registration fees, shall be paid as they come due, and if not paid, the Credit Union may pay them and shall be entitled to reimbursement or, alternatively, to add any amount so paid to the unpaid balance of Your loan subject to the applicable interest rate.

   Collateral (other than household goods or any dwelling) given as security under this Agreement or for any other loan You may have with Us will secure all amounts You owe Us now and in the future if that status is reflected in the "Truth-In-Lending Disclosure" in any particular Agreement evidencing such debt.

6. **LIEN ON SHARES.** If shares or deposits are pledged as Collateral for this loan, You understand that the balance in Your account(s) on deposit with the Credit Union must be kept at least equal to the balance of Your loan until Your loan is repaid in full. We may, however, permit You to maintain or reduce Your account balances below Your loan balance. If You are in default, the Credit Union may apply all shares (except Keogh accounts and IRA accounts) then on deposit to Your loan up to an amount sufficient to repay Your loan.

7. **PROPERTY INSURANCE.** You promise to maintain property insurance in an amount necessary to protect Our security interest in the Collateral, with Us named as loss payee for Our protection. Such insurance shall protect against loss by fire, theft, and collision and will provide "all risks" hull insurance in the case of aircraft or boats and accessories thereto, if any. You may provide the required property insurance through an existing policy or by a policy You independently obtain and pay for from a person of Your own choosing, providing such person is reasonably acceptable to Us. You agree to deliver satisfactory evidence of the insurance policy to Us within any time period specified in any notice from Us or on Our behalf. If You do not get or keep this insurance, We may, at Our sole option, obtain insurance to protect Our interest and add its costs to Your loan and You agree to pay for it (by such means as increasing Your payment or increasing Your loan term). We are under no obligation to obtain insurance on Your behalf. If We do obtain insurance, the cost of obtaining that insurance may be added to Your loan balance, subject to the applicable interest rate. We have the authority to obtain, adjust, settle or cancel insurance and may endorse any party's name on any draft.

8. **DEFAULT.** Your loan shall be in default if any of the following things occur: (a) You do not make any payment or perform any obligation under this Agreement or any other agreement that You may have with the Credit Union; or (b) You have made a false or misleading statement in Your credit application and/or in Your representations to the Credit Union while You owe money on this loan; or (c) You should die, or be involved in any insolvency, receivership or custodial proceeding brought by or against You; or (d) a judgment or tax lien should be filed against You or any attachment or garnishment should be issued against any of Your property or rights, specifically including anyone starting an action or proceeding to seize any of Your funds on deposit with the Credit Union; and/or (e) the Credit Union should, in good faith, believe Your ability to repay Your indebtedness hereunder is or soon will be impaired, time being of the very essence.

   Upon any occurrence of default, and to the extent permitted by law, We may declare the entire balance of Your loan immediately due and payable, without prior notice or demand. If the entire balance is not then paid immediately upon default, and if permitted by law, the Collateral shall be voluntarily surrendered to the Credit Union at a time and place acceptable to it. If this is not done, to the extent permitted by law, the Credit Union may enter the premises where the Collateral is located and take possession of it and the Credit Union may assert the defense of a superior right of possession as the holder of a security interest to any offense of alleged wrongful taking and conversion. The Credit Union may sell or dispose of the Collateral in any manner permitted by law, and any resulting deficiency on Your loan shall be immediately paid to the Credit Union. In the event collection efforts are required to obtain payment on this account, You agree to pay all court costs, private process server fees, investigation fees or other costs incurred in collection and reasonable attorneys' fees incurred in the course of collecting any amounts owed under this Agreement or in the recovery of any Collateral. As permitted by law, the Credit Union shall have the right to impress and enforce a statutory lien upon the shares and dividends of any Borrower indebted to it and We may enforce Our right to do so without further notice to You. Additionally, You agree that We may set-off any mutual indebtedness.

9. **ASSUMABILITY.** Your loan is not assumable.

10. **DELAY IN ENFORCEMENT.** We do not lose Our rights under this or any related agreement if We delay enforcing them. We can accept late payments, partial payments, or any other payments, even if they are marked "paid in full" without losing any of Our rights under this Agreement. If any provision of this or any related agreement is determined to be unenforceable or invalid, all other provisions remain in full force and effect.

11. **GOVERNING LAW.** You understand and agree that this Agreement will be governed by the laws of the State of Maryland, except to the extent that federal law controls.

12. **INDEX.** If this is a variable rate loan, the index referred to in this Agreement is an Index used to calculate Your actual Interest Rate. If this Index ceases to exist, We may adopt a new Index which will then be used to figure Your actual Interest Rate.

Filed 06/05/25    Case 23-90171    Doc 67

DocuSign Envelope ID: 18AECC8C-9B4D-4985-A519-20AB53C5981A

Signatures: You have signed this Agreement on 2/27/2021 and acknowledge that You have read it, that You understand it, and that You have received a completely filled-in copy of it.

DocuSigned by:

X *Joshua Miller*  2/27/2021
Signature of Borrower
8E089E8622364E6...

X _____
Signature of Borrower ☐ Owner of Collateral (other than Borrower)

X _____
Signature of Borrower ☐ Owner of Collateral (other than Borrower)

X _____
Signature of Borrower ☐ Owner of Collateral (other than Borrower)

**Co-Signer:** You understand that You are fully liable to pay any amounts due under this Agreement. The Credit Union does not have to make any demand on any other person obligated under this Agreement, nor take any steps to repossess any Collateral before demanding that You pay any amount. You have read this entire Agreement, You understand it, and You agree to be bound by all of the terms.

_____          X _____          _____
Name of Co-Signer (Please Print)    Signature of Co-Signer                              Date

_____    _____    _____    _____
Street Address                          City                                  State         Zip

Copyright Oak Tree Business Systems, Inc., 2013-2018. All Rights Reserved.    Page 3 of 3    OTBS 012 LAFA (8/18)