# EXHIBIT 6

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:



Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

WHEN RECORDED MAIL TO:

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

**2023-003115**

Rebecca Turner, County Clerk-Recorder
Calaveras County, California
05/01/2023 03:32 PM
Recorded by: CSC

Pages: 3
Recording Fee: $ 96.00
Taxes: $0.00
Clerk: hsimon Total: $96.00



**THIS SPACE FOR RECORDER'S USE ONLY**

# FINANCING STATEMENT

**TITLE OF DOCUMENT**

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**(Govt. Code 27361.6)**
**(Additional recording fee applies)**

275-214
[Rev. 8/94]

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC   1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

2540 04949
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: California (Calaveras)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| MILLER | JOSHUA | | | |
| 1c. MAILING ADDRESS 6457 SOUTHWORTH RD | CITY VALLEY SPRINGS | STATE CA | POSTAL CODE 95252 | COUNTRY USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Lafayette Federal Credit Union | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS 2701 Tower Oaks Blvd | CITY Rockville | STATE MD | POSTAL CODE 20852 | COUNTRY USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
INGROUND POOL, HARDSCAPE,

$106,000.00

6457 SOUTHWORTH RD, VALLEY SPRINGS, CA 95252 - (CALAVERAS COUNTY)

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction　☐ Manufactured-Home Transaction　☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien　☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor　☐ Consignee/Consignor　☐ Seller/Buyer　☐ Bailee/Bailor　☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
2540 04949

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME
MILLER

FIRST PERSONAL NAME
JOSHUA

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

10c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

11c. MAILING ADDRESS    CITY    STATE    POSTAL CODE    COUNTRY

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
JOSHUA MILLER & 6457 SOUTHWORTH RD, VALLEY SPRINGS, CA 95252-8963 (CALAVERAS COUNTY)

**16.** Description of real estate:
Subdivision Name: SIERRA GREENS ESTATES
Legal Description: SIERRA GREENS ESTATES LOT 14 IN 6 T3R10 -
APN: 050-075-003-000
APNSequenceNumber: 001
Building Square Feet: 2,876
Land Square Feet: 223,027
Year Built: 2006

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)