# EXHIBIT 7

United States Bankruptcy Court
Eastern District of California

In re:  Case No. 23-90171-E
Joshua Scott Miller  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-9      User: admin      Page 1 of 3
Date Rcvd: Jul 24, 2023      Form ID: 318      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Scott Miller, 6457 Southworth Road, Valley Springs, CA 95252-8963 |
| 23545410 | + | Adventis Health, PO Box 619031, Roseville CA 95661-9031 |
| 23545411 | + | Adventist Health, 5974 Pentz Road, Paradise CA 95969-5509 |
| 23545415 | | Cenlar Federal Savings Bank, PO Box 77409, Ewing NJ 08628-6409 |
| 23545426 | | Lafayette Federal Cred, 3535 University Blvd, Rockville MD 20850 |
| 23545432 | + | Uncle Credit Union, 2100 Los Positatis Ct, Livermore CA 94551-7301 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QGRICHARDS.COM | Jul 25 2023 03:44:00 | Geoffrey Richards, PO Box 579, Orinda, CA 94563-0554 |
| smg | | EDI: EDD.COM | Jul 25 2023 03:44:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 25 2023 03:44:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 23585249 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2023 00:09:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23545412 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2023 00:09:06 | Amex, Correspondence Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 23545413 | + | EDI: BANKAMER.COM | Jul 25 2023 03:44:00 | Bank of America, Attn Bankruptcy, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 23545414 | + | EDI: CAPITALONE.COM | Jul 25 2023 03:44:00 | Capital One, Attn Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 23545416 | + | Email/Text: clientservices@credit-control.com | Jul 25 2023 00:00:00 | Central Loan, Attn Bankruptcy, P O Box 77404, Ewing NJ 08628-6404 |
| 23545420 | + | EDI: CITICORP.COM | Jul 25 2023 03:44:00 | Citibank, Attn Bankruptcy, P O Box 790034, St Louis MO 63179-0034 |
| 23545422 | + | EDI: CITICORP.COM | Jul 25 2023 03:44:00 | Citibank Best Buy, Citicorp Credit Srvs Centralized Bk dep, Po Box 790034, St Louis MO 63179-0034 |
| 23545421 | | EDI: CITICORP.COM | Jul 25 2023 03:44:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls SD 57108 |
| 23545423 | + | EDI: CITICORP.COM | Jul 25 2023 03:44:00 | Citibank The Home Depot, Citicorp Credit Srvs Centralized Bk dep, Po Box 790034, St Louis MO 63179-0034 |
| 23585242 | | EDI: CITICORP.COM | Jul 25 2023 03:44:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 23545424 | + | EDI: WFNNB.COM | | |

Filed 07/26/23 Case 23-90171 Doc 76

| District/off: 0972-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2023 | Form ID: 318 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 25 2023 03:44:00 | Comenity Capital, Attn Bankruptcy, P O Box 182125, Columbus OH 43218-2125 |
| 23545425 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 25 2023 00:00:00 | Goldman Sachs Bank USA, Attn Bankruptcy, Po Box 70321, Philadelphia PA 19176-0321 |
| 23545417 | | EDI: JPMORGANCHASE | Jul 25 2023 03:44:00 | Chase Card Services, Attn Bankruptcy, P O 15298, Wilmington DE 19850 |
| 23545419 | | EDI: JPMORGANCHASE | Jul 25 2023 03:44:00 | Chase Mortgage, Chase Records Center Attn Corresponden, Mail Code LA4 5555 700 Kansas Ln, Monroe LA 71203 |
| 23545418 | | EDI: JPMORGANCHASE | Jul 25 2023 03:44:00 | Chase Mortgage, Post Offic ebox 24696, Columbus OH 43224 |
| 23545427 | | Email/Text: bkrgeneric@penfed.org | Jul 25 2023 00:00:00 | Pentagon Federal Credit Union, Attn Bankruptcy, P O Box 1432, Alexandria VA 22313 |
| 23545428 | + | Email/Text: DeftBkr@santander.us | Jul 25 2023 00:00:00 | Santander Bank, Attn Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading PA 19601-3563 |
| 23545429 | + | EDI: RMSC.COM | Jul 25 2023 03:44:00 | Syncb ccdstr, Attn Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 23545430 | + | EDI: RMSC.COM | Jul 25 2023 03:44:00 | Synchrony Bank, Attn Bankruptcy Dept, Po Box 965060, Orlando FL 32896-5060 |
| 23545431 | + | EDI: RMSC.COM | Jul 25 2023 03:44:00 | Synchrony Bank Chevron, Attn Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 23545433 | + | EDI: USBANKARS.COM | Jul 25 2023 03:44:00 | US Bank RMS, Attn Bankruptcy, Po Box 5229, Cincinnati OH 45201-5229 |
| 23545435 | + | EDI: WFFC2 | Jul 25 2023 03:44:00 | Wells Fargo Auto Finance, PO Box 1697, Winterville NC 28590-1697 |
| 23545434 | + | EDI: WFFC2 | Jul 25 2023 03:44:00 | Wells Fargo Auto Finance, 435 Ford Road Suite 300, St Louis Park MN 55426-4938 |
| 23545436 | + | EDI: WFFC2 | Jul 25 2023 03:44:00 | Wells Fargo Bank NA, Attn Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines IA 50328-0001 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0972-9 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2023 | Form ID: 318 | Total Noticed: 33 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Steven A. Alpert | on behalf of Debtor Joshua Scott Miller Alpert@pricelawgroup.com  enotice@pricelawgroup.com;R43354@notify.bestcase.com |

TOTAL: 1

Filed 07/26/23    Case 23-90171    Doc 76

Filed 07/26/23  Case 23-90171  Doc 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joshua Scott Miller<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8424<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Eastern District of California | | |
| Case number:  23–90171 | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua Scott Miller

7/24/23

**By the court:** <u>Ronald H. Sargis</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**