# EXHIBIT 9

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
CSC  1-800-858-5294

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

2761 42848
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: California
(Calaveras)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION — THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2023-003115 05/01/2023

**1b.** [✔] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

**2.** [✔] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

**3.** [ ] **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

**4.** [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. PARTY INFORMATION CHANGE:**

Check one of these two boxes: [ ] Debtor or [ ] Secured Party of record

AND Check one of these three boxes to:
[ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
[ ] ADD name: Complete item 7a or 7b, and item 7c
[ ] DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| MILLER | JOSHUA | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8. COLLATERAL CHANGE:** Check only one box:
[ ] ADD collateral  [ ] DELETE collateral  [ ] RESTATE covered collateral  [ ] ASSIGN* collateral

Indicate collateral: *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

INGROUND POOL, HARDSCAPE,
$106,000.00
6457 SOUTHWORTH RD, VALLEY SPRINGS, CA 95252 - (CALAVERAS COUNTY)

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME  **Lafayette Federal Credit Union**

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
2761 42848

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
2023-003115 05/01/2023

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

**12a. ORGANIZATION'S NAME**
Lafayette Federal Credit Union

OR

**12b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**　　**SUFFIX**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**13. Name of DEBTOR on related financing statement** (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

**13a. ORGANIZATION'S NAME**

OR

**13b. INDIVIDUAL'S SURNAME:** MILLER　　**FIRST PERSONAL NAME:** JOSHUA　　**ADDITIONAL NAME(S)/INITIAL(S)**　　**SUFFIX**

**14. ADDITIONAL SPACE FOR (CHECK ONE BOX):** ☑ ITEM 8 (Collateral) OR ☐ OTHER INFORMATION (Please Describe)

**15. This FINANCING STATEMENT AMENDMENT:**
☐ covers timber to be cut　　☐ covers as-extracted collateral　　☑ is filed as a fixture filing

**16. Name and address of a RECORD OWNER of real estate described in item 17** (if Debtor does not have a record interest):
JOSHUA MILLER 6457 SOUTHWORTH RD, VALLEY SPRINGS, CA 95252-8963 (CALAVERAS COUNTY)

**17. Description of real estate:**
6457 SOUTHWORTH RD, VALLEY SPRINGS, CA 95252 - (CALAVERAS COUNTY)
Subdivision Name: SIERRA GREENS ESTATES
Legal Description: SIERRA GREENS ESTATES LOT 14 IN 6
T3R10 -
APN: 050-075-003-000
APNSequenceNumber: 001
Building Square Feet: 2,876
Land Square Feet: 223,027
Year Built: 2006

**18. MISCELLANEOUS:**

**FILING OFFICE COPY —** UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 07/01/23)