# EXHIBIT 10

**From:** Scott Ziegler
**Sent:** Friday, March 1, 2024 1:10 PM
**To:** 'gsilverman@silvermanlegal.com' gsilverman@silvermanlegal.com
**Subject:** RE: Debtor: Joshua Scott Miller/Bankruptcy Case Number: 23-90171-E-7/Your Client: Lafayette Federal Credit Union

Good morning:

Do you have a copy of the release of the recording of the UCC Financing Statement you can forward to me? Last month, I was informed that your client removed the recorded UCC lien, but our office nor the debtor has received this release. The debtor is in the process of selling his home, and the potential loss of profit if this buyer walks away would be a huge loss to the debtor.

I look forward to hearing back from you.