## **Attachment 6B-3**

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street , Room 7-500
Sacramento, CA 95814

U.S. Trustee
Geoffrey Richards
Geoffrey Richards, Trustee
PO Box 579
Orinda, CA 94563

Rea Stelmach
11835 W. Olympic Blvd., 885E
Los Angeles, CA 90064

Joshua Scott Miller
6457 Southworth Road
Valley Springs, CA 95252