2
Landon T. Maxwell, AZ #038439
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91316
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Debtor*
*Joshua Scott Miller*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**MODESTO DIVISION**

In re:

JOSHUA SCOTT MILLER

           Debtor,

Case No.: 23-90171-E
Docket Control: CJL-4

Chapter 7

**DEBTOR'S POST ORDER MOTION FOR ATTORNEY'S FEES AND COSTS**

Joshua Scott Miller ("Debtor"), the debtor in the above-captioned case, through undersigned counsel, hereby moves for an award of attorney's fees and costs pursuant to Federal Rule of Bankruptcy Procedures §§ 7054(b) and 9014(c) and this Court's Order on August 8, 2025 holding Creditor Lafayette Federal Credit Union in contempt of court for violating the automatic stay. [Doc. 83].

In support of this motion, Debtor provides an itemized statement of fees and costs attached as Exhibit 1, and the declaration of Debtor's counsel, attached as Exhibit 2. To date, Debtor has incurred substantial attorney's fees and costs related to his claim to redress Lafayette's violations. The fees encompass attorney time spent a) undertaking an investigation of Debtor's claims; b) preparing pre-litigation correspondence to Lafayette; and c) the preparation and litigation of Debtor's successful motion for contempt and damages for violation of the automatic stay.

For the foregoing reasons, Debtor respectfully requests that the Court award Debtor's reasonable attorney's fees and costs in the amount of $10,900.00 in attorney's fees and $600.00 in costs.

Dated: October 28, 2025

/s/Landon T. Maxwell
Landon T. Maxwell, AZ #038439
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

Jenna Dakroub, CA # 350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91316
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Debtor*
*Joshua Scott Miller*