**EXHIBIT 1**

Filed 10/28/25    Case 23-90171    Doc 87

6

Landon T. Maxwell, AZ #038439
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F:  (480) 613-7733
E: lmaxwell@consumerjustice.com

Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91316
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Debtor*
*Joshua Scott Miller*

October 28, 2025

Case Number: 23-90171

      This application is based on the performance of professional services from 06/28/24 to 8/07/25, by the following individuals at the rates and for the number of hours described below:

| Individual | Total Hours | Hourly Rate | Compensation |
|---|---|---|---|
| Landon T. Maxwell / attorney | 28.4 | $350.00 | $9,940.00 |
| Mari Cervantes / paralegal | 6.0 | $150.00 | $900.00 |
| Charles Fleming / paralegal | 0.4 | $150.00 | $60.00 |
| Total Fees | | | $10,900.00 |

      Professional Services

| Date | Time Log | Attorney | Task | Fees |
|---|---|---|---|---|
| 06/25/24 | 1.0 | M. Cervantes | Initial potential client call, created intake file | $150.00 |
| 06/27/24 | 0.3 | C. Fleming | Drafted retainer agreement | $45.00 |

| | | | | |
|---|---|---|---|---|
| 06/27/24 | 0.1 | C. Fleming | Emailed potential client retainer agreement | $15.00 |
| 06/28/24 | 1.0 | L. Maxwell | Initial review of CL's file | $350.00 |
| 02/28/24 | 1.3 | L. Maxwell | Legal Research re: 9th Circuit caselaw perfecting security liens/auto stay violations | $455.00 |
| 06/28/24 | 0.5 | L. Maxwell | Call with CL re: CL's claim against LFCU, potential recovery/outcome and planned course of action. | $175.00 |
| 07/18/24 | 0.5 | L. Maxwell | Call with CL re: requested documents, damages | $175.00 |
| 07/18/24 | 0.2 | L. Maxwell | Emailed CL re: requested documents | $70.00 |
| 07/24/24 | 0.1 | L. Maxwell | Emailed CL re: requested documents; reviewed CL's reply | $35.00 |
| 08/27/24 | 0.5 | L. Maxwell | Reviewed CL's email re: potential outcome/damage award; replied to CL | $175.00 |
| 08/28/24 | 0.8 | L. Maxwell | Reviewed documents emailed by CL | $280.00 |
| 08/28/24 | 0.1 | L. Maxwell | Emailed CL re: documents | $35.00 |
| 08/28/24 | 0.1 | L. Maxwell | Reviewed documents emailed by CL | $35.00 |
| 08/28/24 | 1.4 | L. Maxwell | Legal Research re: 9th Circuit caselaw re: creditors' affirmative | $490.00 |

| | | | | |
|---|---|---|---|---|
| | | | duties/punitive damages | |
| 08/29/24 | 1.6 | L. Maxwell | Drafted Demand Letter | $560.00 |
| 08/29/24 | 0.1 | L. Maxwell | Emailed Demand Letter to CL for review/approval | $35.00 |
| 08/29/24 | 0.5 | L. Maxwell | Reviewed CL's email approving Demand Letter; reviewed documents emailed by CL | $175.00 |
| 09/05/24 | 1.0 | M. Cervantes | Formatted Demand Letter, labeled and attached Exhibits, prepared Demand Letter and Exhibits for mailing, deposited in the mail. | $150.00 |
| 09/25/24 | 0.1 | L. Maxwell | Reviewed OC's response to Demand Letter denying liability | $35.00 |
| 09/30/24 | 0.8 | L. Maxwell | Replied to OC's email; researched 9th Circuit case law re: valid notice; invited counter-offer | $280.00 |
| 09/30/24 | 0.1 | L. Maxwell | Phone Call with CL re: OC's denial of liability; pursuing claim in bankruptcy court | $35.00 |
| 01/29/25 | 0.1 | L. Maxwell | Reviewed CL email re: pursuing claim | $35.00 |
| 03/13/25 | 0.1 | L. Maxwell | Phone call with CL re: pursuing claim | $35.00 |
| 03/17/25 | 0.5 | L. Maxwell | Drafted Motion to Reopen | $175.00 |
| 03/19/25 | 0.5 | M. Cervantes | Prepared Motion to Reopen for filing; filed motion | $75.00 |

| 03/19/25 | 0.5 | M. Cervantes | Prepared service packets for Motion for to Reopen | $75.00 |
| 03/19/25 | 0.1 | L. Maxwell | Reviewed Court Order reopening case | $35.00 |
| | | | | |
| | | L. Maxwell, M. Cervantes | NOTE: Omitting entries relating to Doc. 34, which was dismissed without prejudice per the Court's Order | $0.00 |
| | | | | |
| 04/08/25 | 0.1 | L. Maxwell | Reviewed OC's email re: settlement offer; provided counter-offer | $35.00 |
| 04/09/25 | 0.1 | L. Maxwell | Reviewed OC's email re: settlement offer; replied | $35.00 |
| 05/15/25 | 0.1 | L. Maxwell | Emailed OC re: settlement; reviewed OC's reply | $35.00 |
| 05/16/25 | 0.5 | L. Maxwell | Provided OC with requested detailed settlement demand and justifying demand with relevant facts, caselaw, etc. | $175.00 |
| 05/22/25 | 0.1 | L. Maxwell | Emailed OC re: following up on 5/16 settlement offer | $35.00 |
| 05/27/25 | 0.1 | L. Maxwell | Reviewed OC's email re: settlement | $35.00 |
| 05/29/25 | 0.1 | L. Maxwell | Call with CL | $35.00 |
| 05/29/25 | 0.1 | L. Maxwell | Replied to OC's email re: settlement | $35.00 |

| 06/02/25 | 0.1 | L. Maxwell | Call with CL re: OC's settlement offer | $35.00 |
| --- | --- | --- | --- | --- |
| 06/05/25 | 4.1 | L. Maxwell | Drafted Motion for Contempt; legal research | $1,435.00 |
| 06/06/25 | 2.8 | L. Maxwell | Cont. drafted Motion for Contempt | $980.00 |
| 06/10/25 | 1.0 | L. Maxwell | Prepared draft Declaration for CL | $350.00 |
| 06/12/25 | 0.1 | L. Maxwell | Call with CL | $35.00 |
| 06/12/25 | 0.1 | L. Maxwell | Emailed CL Draft declaration | $35.00 |
| 06/13/25 | 0.5 | L. Maxwell | Reviewed CL's email re: Declaration; revised Declaration | $175.00 |
| 06/13/25 | 0.1 | L. Maxwell | Reviewed CL's email approving Declaration | $35.00 |
| 06/13/25 | 0.5 | L. Maxwell | Finalized Motion for Contempt | $175.00 |
| 06/13/25 | 0.1 | L. Maxwell | Took CL call | $35.00 |
| 06/14/25 | 2.0 | M. Cervantes | Formatted Motion for Contempt; Prepared Exhibits; got signed Declaration from CL; Filed Motion | $300.00 |
| 06/14/25 | 0.5 | M. Cervantes | Prepared service packets for Motion for Contempt | $75.00 |
| 06/24/25 | 0.1 | L. Maxwell | Reviewed and replied to CL email | $35.00 |
| 07/07/25 | 0.1 | L. Maxwell | Reviewed and replied to CL email | $35.00 |
| 07/07/25 | 0.1 | L. Maxwell | Took CL call | $35.00 |
| 07/22/25 | 0.7 | L. Maxwell | Reviewed Opposition to MTC | $245.00 |

| 07/24/25 | 1.6 | L. Maxwell | Drafted Reply to Opposition; Legal research | $560.00 |
| 07/29/25 | 2.5 | L. Maxwell | Cont. Drafted Reply; Legal research | $875.00 |
| 07/31/25 | 1.0 | L. Maxwell | Finalized Reply | $350.00 |
| 07/31/25 | 0.5 | M. Cervantes | Formatted Reply; filed Reply | $75.00 |
| 08/05/25 | 0.1 | L. Maxwell | Reviewed and replied to CL email | $35.00 |
| 08/07/25 | 1.0 | L. Maxwell | Attended Hearing re: Motion for Contempt | $350.00 |
| 08/07/25 | 0.1 | L. Maxwell | Call with CL re: Hearing/Damage award | $35.00 |

Costs:

| | |
|---|---|
| L. Maxwell Pro Hac Application – U.S. District Court California Eastern – Sacramento 4/24/25 | $300.00 |
| Total Costs | $300.00 |