**EXHIBIT 2**

4
Landon T. Maxwell, AZ #038439
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91316
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Debtor*
*Joshua Scott Miller*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**MODESTO DIVISION**

| | |
|---|---|
| In re: | Case No.: 23-90171-E |
| | Docket Control: CJL-4 |
| JOSHUA SCOTT MILLER | |
| | Chapter 7 |
| Debtor, | |

## AFFIDAVIT OF LANDON T. MAXWELL IN SUPPORT OF DEBTOR'S POST ORDER MOTION FOR ATTORNEY'S FEES AND COSTS

I, Landon T. Maxwell, hereby swear under penalty of perjury that the foregoing is true and correct, and do declare as follows:

1. I am an attorney duly licensed to practice in the State of Arizona and am permitted to appear and participate as counsel in the above entitled action on behalf of Debtor, per this Court's Order granting my Application for Pro Hac Vice.
2. This declaration is based on personal knowledge of the matters set forth herein.
3. I have been licensed to practice in the State of Arizona since 2023.
4. I have worked for Consumer Justice Law Firm PLC from January 2022 to the present, and litigate under the Fair Credit Reporting Act ("FCRA"), Fair Debt Collection Practices Act ("FDCPA"), Telephone Consumer Protection Act ("TCPA"), and violations of the automatic stay and/or discharge injunction in bankruptcy court.
5. I am a member of the National Association of Consumer Advocates ("NACA").
6. I am admitted in the following Districts/Courts:
    a. Supreme Court of Arizona.
    b. United States District Court of Arizona.
    c. United States District Court for the Eastern District of Michigan.
    d. United States District Court for the Western District of Michigan.
    e. United States District Court for the Northern District of Illinois.
    f. United States District Court for the District of Colorado.
7. I have been admitted *pro hac vice* to practice before the following courts:
    a. United States Bankruptcy Court for the Eastern District of New York;
    b. United States Bankruptcy Court for the Central District of California;
    c. United States Bankruptcy Court for the District of Idaho;
    d. United States District Court for the Northern District of Georgia;
    e. United States District Court for the District of Hawaii;

      f. United States District Court for the District of Nevada;

      g. United States District Court for the Northern District of Ohio;

      h. United States District Court for the Western District of Texas;

      i. United States District Court for the Eastern District of Texas;

      j. United States District Court for the District of Minnesota.

8. I have furthered (or will further) my continuing legal education by participating in the following training programs:

      a. National Consumer Law Center Consumer Rights Litigation Conference. (November 2025)

      b. National Consumer Law Center Spring Training Conference. (April 2024)

      c. National Consumer Law Center, Consumer Rights Litigation Conference ("CRLC"). (Oct 2023)

9. I represent Debtor in this action at the customary hourly fee that Consumer Justice Law Firm PLC charges to my FCRA, FDCPA, TCPA and bankruptcy violation clients: $350 per hour.

10. Based on my experience and knowledge of what other attorneys with similar legal experience in the California community generally charge for legal services, I believe that the $350 per hour rate charged to Debtor for my services is appropriate.

11. In September 2024, my hourly rate of $350 was upheld at a contested fee hearing in the matter of In re Terrell Walker (Case No. 22-31612 JDA).

**Affidavit As To Hours Expended:**

12. The spreadsheet attached to Plaintiff's post order motion for an award of attorney's fees and costs is an accurate representation of the hours that I expended on this case and the related tasks. In my opinion, all of the reflected time and charges were reasonable and necessary under the circumstances.

Respectfully submitted this 28th day of October 2025.

Dated: October 28, 2025      */s/Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

Jenna Dakroub, CA # 350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91316
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Debtor*
*Joshua Scott Miller*